■ M & S GASOLINE SERVICE, INC., et al., Respondents, v. TEXAS COMPANY et al., Appellants.— Orders, entered on February 11, 1964, unanimously reversed, on the law, on the facts and in the exercise of discretion, with $20 costs and disbursements to appellants, the motion to dismiss for lack of prosecution

granted, with $10 costs. This action was commenced in May, 1957, and issue joined in September, 1957. Activity has been intermittent and occasional. In June, 1962, there was a substitution of plaintiffs' attorney and there the matter rested until December, 1963, when there was service of a note of issue and statement of readiness. No reasonable excuse is shown for the delay and for the failure to prosecute. (CPLR 3216; *Sortino* v. *Fisher,* 20 A D 2d 25.) Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.